UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THERESA ROBERSON, as Personal       :
Representative of the Estate of     :
Alan Martin,                        :
                                    :
    Plaintiff,                     :
                                    :
  v.                                  Civil Action No. 07-0977 (JR)

DISTRICT OF COLUMBIA, *et al.*,     :
                                    :
    Defendants.                    :

### ORDER

    Plaintiff's motion to amend the complaint to add a civil rights claim and to name additional parties, filed in Superior Court before this action was removed, is **granted**. Plaintiff's counsel is directed to re-file the amended complaint and the stipulated protective order of 2/7/07 electronically on the docket of this case. The Clerk is directed to set an initial scheduling conference. It is **SO ORDERED**.

                                                               JAMES ROBERTSON
                                       United States District Judge