UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THERESA ROBERSON, as Personal :
Representative of the Estate of :
Alan Martin, :
 :
      Plaintiff, :
 :
 v.                    Civil Action No. 07-0977 (JR)

DISTRICT OF COLUMBIA, *et al.*, :
 :
      Defendants. :

### REFERRAL TO MEDIATION ORDER

Upon consent of the parties to mediate, it is

**ORDERED** that this matter is referred to the Court's Alternative Dispute Resolution Program for mediation. It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session. It is

**FURTHER ORDERED** that mediation efforts shall be concluded by September 21, 2007. It is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation. It is

**FURTHER ORDERED** that if no settlement is reached, a further status conference will be held at **4:30 p.m. on September 27, 2007.**

                                            JAMES ROBERTSON
                                  United States District Judge