UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA ROBERSON, as Personal Representative of the estate of ALAN MARTIN | :<br>:<br>:<br>: |
| | : 1:07 CV 00977 |
| v. | : JR |
| | : |
| THE DISTRICT OF COLUMBIA, *et al.* | : |

CASE STATUS REPORT

1. **Completed Discovery**

Plaintiffs have take the following depositions: (1) Patrice Ferris, (2) Gerald Tolliver—30(b)(6) representative on St. Elizabeths' budget, (3) Celeste Humes, (4) Jonathan Long, (5) Wusa Jabril, and (6) Robert Winfrey.

Defendants have taken the deposition of Theresa Roberson.

2. **Discovery to be Completed**

Additional discovery remains in this case. Plaintiffs still need to depose Dr. Raj Mathur, Dr. Lenore Teter, Charity Nwarneri, and take a 30(b)(6) deposition of the Defendant District of Columbia. The depositions of Dr. Mathur and Dr. Teter were previously scheduled for December 2007 but were canceled at the request of the Defendants. Plaintiff also needs to send out additional document requests to the Defendants. Additionally, the deposition of Patrice Ferris was continued and needs to be rescheduled for a date convenient for counsel and the witness.

The Parties also need to depose experts after they are named.

3. **Requested Discovery Schedule**

Parties request the following discovery schedule:

Witness List Exchanged 4/26/08

1

Plaintiff's Expert Reports Due 5/26/08

Defendant's Expert Reports Due 7/10/08 (45 days after Plaintiff names experts)

Plaintiff Rebuttal Expert Reports Due 8/10/08

Discovery closes 9/10/08

    Defendant requests a briefing schedule be set prior to the close of discovery to brief the civil rights issues in this case. Plaintiff would request that this issue not be briefed until after all discovery has taken place as the fact witness testimony and Plaintiff's expert reports will be critical to her response to any Motion to Dismiss.

Respectfully submitted,

\_\_\_\_\_/s/ William P. Lightfoot_____
William P. Lightfoot #313593
Paulette E. Chapman #416437
Kelly J. Fisher #488431
*Koonz, McKenney, Johnson,*
 *DePaolis & Lightfoot, L.L.P.*
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20001
202-659-5500
202-785-3719 (fax)
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Status Report were served via electronic filing this 26th day of February 2008 on:

Alex Karpinski, Esquire
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

/s/ William P. Lightfoot
William P. Lightfoot