UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA ROBERSON, as Personal Representative of the estate of ALAN MARTIN** | :<br>:<br>:<br>: 1:07 CV 00977 |
| v. | : JR<br>: |
| **THE DISTRICT OF COLUMBIA,** *et al.* | : |

### NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Toni Michelle Jackson as attorney for the District of Columbia, and enter the appearance of Assistant Attorney General Alex Karpinski, as counsel for the District of Columbia.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____/s/ Nicole Lynch_____
        NICOLE LYNCH [471953]
        Section Chief
        General Litigation Section II

        _____/s/ Alex Karpinski_
        ALEX KARPINSKI [1]
        (Michigan Bar No. P58770)
        Assistant Attorney General
        441 4th Street, N.W., 6th Floor South
        Washington, D.C. 20001
        alex.karpinski@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2008, I caused the foregoing PRAECIPE to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

William Lightfoot
Koonz, McKinney, Johnson, DePaolis & Lightfoot, LLP
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006


　　　　　　／s/ Alex Karpinski
ALEX KARPINSKI [2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.