UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THERESA ROBERSON, as Personal  :
Representative of the estate of ALAN  :
MARTIN  :
      : 1:07 CV 00977
v.    : JR
      :
THE DISTRICT OF COLUMBIA, *et al.*  :

## PRAECIPE

In connection with discussions had at the status hearing on February 26, 2008, Plaintiff files this Praecipe alerting the Court and Defendants to two cases discussing the issues raised: *Youngberg v. Romeo*, 457 U.S. 307 (1982); *Smith v. District of Columbia*, 413 F.3d 86, 93-97 (D.C. Cir. 2005).

Respectfully submitted,

   /s/ William P. Lightfoot
William P. Lightfoot #313593
Paulette E. Chapman #416437
Kelly J. Fisher #488431
*Koonz, McKenney, Johnson,*
 *DePaolis & Lightfoot, L.L.P.*
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20001
202-659-5500
202-785-3719 (fax)
*Counsel for Plaintiffs*

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe was served via electronic filing this 27th day of February 2008 on:

Alex Karpinski, Esquire
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

Courtesy copy mailed to:
Judge Robertson
United States District Court
333 Constitution Avenue, NW
Washington, D.C. 20001

/s/ William P. Lightfoot
William P. Lightfoot

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500