## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THERESA ROBERSON, as Personal        :
Representative of the estate of ALAN     :
MARTIN                               :
                                   : 1:07 CV 00977
v.                                    : JR
                                   :
THE DISTRICT OF COLUMBIA, *et al.*      :

### PRAECIPE OF DISMISSAL

Plaintiff hereby dismisses Lenore Teter from the above captioned suit with prejudice.

Plaintiff is dismissing Lenore Teter based upon a declaration signed by Dr. Teter indicating that

she was not the Director of Psychiatry at the time the cause-of-action arose.

Respectfully submitted,

_____/s/ William P. Lightfoot_____
William P. Lightfoot #313593
Paulette E. Chapman #416437
Kelly J. Fisher #488431
*Koonz, McKenney, Johnson,*
*DePaolis & Lightfoot, L.L.P.*
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20001
202-659-5500
202-785-3719 (fax)
*Counsel for Plaintiffs*

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/ Toni Michelle Jackson_____
TONI MICHELLE JACKSON (453765)
Acting Chief
General Litigation § III


_____/s/ Alex Karpinski_____
ALEX KARPINSKI[1]
(Michigan Bar No. P58770)
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
E-mail: alex.karpinski@dc.gov


## CERTIFICATE OF SERVICE


I HEREBY CERTIFY that a copy of the foregoing Praecipe of Dismisal was served via electronic filing this 18th day of June 2008 on:


Alex Karpinski, Esquire
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001


/s/ William P. Lightfoot____
William P. Lightfoot

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.