## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

**THERESA ROBERSON, as Personal** :
**Representative of the estate of ALAN** :
**MARTIN,** :
        :     **1:07 CV 00977 (JR)**
**v.** :
        :
**THE DISTRICT OF COLUMBIA,** *et al.* :

---

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE EXPERT STATEMENT AND REPORTS

Defendant District of Columbia ("the District"), through undersigned counsel, hereby moves this court pursuant to Fed. R. Civ. P. 6(b) to enlarge the time period for the District to file its Fed. R. Civ. P. 26(A)(2) statement and expert reports by a period of 28 days, making the District's statement and reports due on or before September 14, 2008.

An accompanying Memorandum of Points and Authorities in Support of the District's Motion For An Enlargement of Time To File Expert Statement and Reports is attached.

### LCvR 7(m) CERTIFICATION

Defense counsel certifies that, pursuant to LCvR 7(m), plaintiff's counsel's consent to the relief requested in this motion was sought via e-mail correspondence on August 15, 2008. Plaintiff's counsel did not consent to the relief requested.

WHEREFORE, the District respectfully moves this Court for entry of an order providing that it may file its Fed. R. Civ. P. 26(A)(2) statement and expert reports on or before September 14, 2008.

Dated: August 18, 2008

Respectfully Submitted,

PETER J. NICKLES
Acting Attorney General for the
District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


__/s/ Toni Michelle Jackson_____
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III


_____/s/ Alex Karpinski_____
ALEX KARPINSKI [982184]
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
alex.karpinski@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THERESA ROBERSON, as Personal** | : | |
| **Representative of the estate of ALAN** | : | |
| **MARTIN,** | : | |
| | : | **1:07 CV 00977 (JR)** |
| **v.** | : | |
| | : | |
| **THE DISTRICT OF COLUMBIA,** *et al.* | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE EXPERT STATEMENT AND REPORTS

Defendant District of Columbia ("the District"), through undersigned counsel, hereby moves this court pursuant to Fed. R. Civ. P. 6(b) to enlarge the time period for the District to file its Fed. R. Civ. P. 26(A)(2) statement and expert reports.

Pursuant to the Court's Scheduling Order, the District's expert reports are to be filed 45 days after plaintiff names her experts. Here, plaintiff's Fed. R. Civ. P. 26(A)(2) statement and reports were filed on July 3, 2008[1]. As such, the District's statement and reports are due on August 18, 2008. Although the District has been actively working toward retaining experts, it requests an additional 28 days to consult with and determine the appropriate experts to name given the complexity of this case, which involves the managerial and administrative aspects of health care in addition to issues of direct patient treatment. Such an enlargement of time will make the District's statement and reports due on or before September 14, 2008.

---

[1] The Court's Scheduling Order provided for plaintiff's expert statement and reports on or before May 26, 2008, but the District consented to plaintiff's request for an extension in order to complete the deposition of the District's Fed. R. Civ. P. 30(b)(6) designee prior to filing the statement and reports.

Although the current Scheduling Order calls for plaintiff's Rebuttal Expert Reports on August 10, 2008 and a discovery deadline of September 10, 2008, the District will consent to plaintiff's rebuttal reports being filed on or before October 14, 2008 and to an enlargement of discovery for the purpose of plaintiff's depositions of the District's experts on or before October 31, 2008.  Such an enlargement will not delay any other scheduling deadlines as this expert discovery would still be completed two and half months prior to the parties' pre-trial conference, scheduled for January 15, 2008.

WHEREFORE, the District respectfully moves this Court for entry of an order providing that it may file its Fed. R. Civ. P. 26(A)(2) statement and expert reports on or before September 14, 2008.


Dated: August 18, 2008                    Respectfully Submitted,

                                          PETER J. NICKLES
                                          Acting Attorney General for the
                                          District of Columbia


                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division



                                          __/s/ Toni Michelle Jackson_____
                                          TONI MICHELLE JACKSON [453765]
                                          Chief, General Litigation Section III



                                          _____/s/ Alex Karpinski_____
                                          ALEX KARPINSKI [982184]
                                          Assistant Attorney General
                                          441 4th Street, N.W., 6th Floor South
                                          Washington, D.C.  20001
                                          alex.karpinski@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| **THERESA ROBERSON, as Personal** | : | |
| **Representative of the estate of ALAN** | : | |
| **MARTIN,** | : | |
| | : | **1:07 CV 00977 (JR)** |
| **v.** | : | |
| | : | |
| **THE DISTRICT OF COLUMBIA,** *et al.* | : | |

_____

## <u>ORDER</u>

Upon consideration of the District's Motion for an Enlargement of Time for

Filing Expert Statement and Reports, any opposition, and the record herein, it is this

_____ day of _____, 2008,

**ORDERED:**  that said Motion be and that same hereby is **GRANTED**; and it is

**FURTHER ORDERED:** that the District of Columbia shall file its Fed. R. Civ. P.

26(A)(2) statement and expert reports on or before September 14, 2008.

_____
**JUDGE JAMES ROBERTSON**

Copies to:

William Lightfoot, Esq.
Kelly Fisher, Esq.
Koonz, McKenney, Johnson, DePaolis & Lightfoot, LLP
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006

Alex Karpinski
Attorney for Defendant
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001