UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THERESA ROBERSON, as Personal
Representative of the estate of ALAN
MARTIN

      : 1:07 CV 00977

v.      : JR

THE DISTRICT OF COLUMBIA, *et al.*

**PLAINTIFF THERESA ROBERSON'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE EXPERT STATEMENT AND REPORTS**

Plaintiff Theresa Roberson, by and through counsel hereby files this Response to Defendant's Motion for Enlargement of Time to File Expert Statement and Reports. Plaintiff will consent to Defendant's requested enlargement. Plaintiff, however, will not consent to any further requests made by the Defendant to extend discovery. Plaintiff has agreed to give Defendant District of Columbia numerous extensions in this case throughout the course of discovery. Any further extension, beyond that requested in the Motion currently before the Court, would undoubtedly lead to a delay in the trial in this case, which is scheduled to begin January 26, 2008.

Respectfully submitted,

KOONZ, McKENNEY, JOHNSON,
DePAOLIS & LIGHTFOOT, L.L.P.

    /s/ Kelly J. Fisher
William P. Lightfoot #313593
Paulette E. Chapman #416437
Kelly J. Fisher #488431
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
(202) 785-3719 Facsimile
kfisher@koonz.com

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September 2008 a copy of the foregoing Plaintiff Theresa Roberson's Response to Defendant's Motion for Enlargement of Time to File Expert Statement and Reports was sent via electronic filing to:

Alex Karpinski, Esquire
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

                /s/ Kelly J. Fisher
                Kelly J. Fisher

KMJDL No. 41195

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500